*This opinion will be unpublished and may not be cited except as provided by Minn. Stat. § 480A.08, subd. 3 (2014).*

**STATE OF MINNESOTA
IN COURT OF APPEALS
A15-1002**

Kelly M. Shockman, petitioner,
Respondent,

vs.

Cory J. Shockman,
Appellant.

**Filed May 16, 2016
Affirmed
Smith, Tracy, Judge**

Anoka County District Court
File No. 02-FA-12-218

Kurt Robinson, Kurt Robinson, P.A., Blaine, Minnesota (for respondent)

Carrie A. Doom, David M. Kula, McKinnis & Doom, P.A., Cambridge, Minnesota (for appellant)

Considered and decided by Reyes, Presiding Judge; Ross, Judge; and Smith, Tracy, Judge.

## UNPUBLISHED OPINION

**SMITH, TRACY**, Judge

Appellant Cory Shockman appeals the district court's order granting respondent Kelly Shockman's motion requesting a child-support modification and conduct-based attorney fees. Because the district court did not abuse its discretion when it modified the child-support award and ordered conduct-based attorney fees, we affirm.